UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

David M. Martinko

Case No. 22-cv-238-LM-AJ

v.

NH Department of Corrections et al

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 1, 2024.

_____
Landya B. McCafferty
United States District Judge

Date: March 21, 2024

cc: David M. Martinko, pro se
    Counsel of Record