UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

David M. Martinko

    v.                                                                                   Case No. 22-cv-238-LM-AJ

NH Department of Corrections, et al


ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 6, 2026.  For the reasons explained therein, the plaintiff's third motion for a preliminary injunction (Doc. No. 94) is denied. The parties' proposed findings of fact and conclusions of law (Doc. Nos. 121, 122) are granted to the extent consistent with the March 6, 2026 Report and Recommendation, and are otherwise denied. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

_____
Landya B. McCafferty
United States Magistrate Judge

Date: March 23, 2026

Cc:    David M. Martinko, pro se
        Counsel of Record